INTERNATIONAL RAILWAY COMPANY, Respondent, *v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

*Negligence — railroads — action by street railway company to recover damages arising from a collision of one of its cars with one of defendant's trains — questions of negligence and contributory negligence for jury.*

*International Ry. Co.* v. *D., L. & W. R. R. Co.*, 202 App. Div. 784, affirmed.

(Argued April 23, 1923; decided May 8, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 29, 1922, reversing a judgment in favor of defendant entered upon a verdict directed by the court and granting a new trial. The action was brought to recover damages sustained by the plaintiff in a collision between one of its street cars and a train owned and operated by the defendant, upon the ground that the same were caused solely by the negligence of the defendant. The defendant counterclaimed against the plaintiff to recover the damages it sustained in the collision, upon the ground that the same were caused solely by the negligence of the plaintiff. The Appellate Division held that the questions of negligence and freedom from contributory negligence of each of the parties were for the jury.

*Evan Hollister* for appellant.

*Olin T. Nye* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J. Absent: CARDOZO, J.